# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 21-54552-bem |
| DAVID ESCOBEDO HIDALGO, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| S. GREGORY HAYS, Chapter 7 Trustee ) | |
| For the Estate of David Escobedo ) | |
| Hidalgo, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ADV. PRO. No. 21-05098-bem |
| ) | |
| Caliber Home Loans, Inc. and ) | |
| FREEDOM MORTGAGE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Steven J. Flynn of the law firm of LOCKE LORD LLP enters his appearance as counsel of record for Defendant Caliber Home Loans, Inc. with regard to all matters in the above-captioned Adversary Proceeding. All future filings, notices and communications concerning this matter should be directed to Mr. Flynn as follows:

1

Steven J. Flynn (steven.flynn@lockelord.com)
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road, N.E.
Atlanta, GA 30305
Tel: 404-870-4600

Please take further notice that this request is made without submitting to the jurisdiction of the Court, the venue of the action, or otherwise waiving any defenses or rights.

Dated: October 15, 2021.

**LOCKE LORD LLP**

*/s/ Steven J. Flynn*
Steven J. Flynn
Georgia Bar No. 313040
steven.flynn@lockelord.com
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
(404) 870-4600
(404) 872-5547 (fax)

*Attorney for Defendant Caliber Home Loans, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically serve the following counsel of record:

| | |
|---|---|
| Michael J. Bargar, Esq.<br>**ARNALL GOLDEN GREGORY, LLP**<br>Suite 2100<br>171 17th Street. N.W.<br>Atlanta, GA 30363<br>*Counsel for Chapter 7 Trustee* | J. Kelsey Grodzicki, Esq.<br>**WINTER CAPRIOLA ZENNER, LLC**<br>One Ameris Center<br>Suite 800<br>3490 Piedmont Road NE<br>Atlanta, Georgia 30305<br>1230 Peachtree Street, NE<br>*Counsel for Freedom Mortgage Corporation* |

*/s/ Steven J. Flynn*
Steven J. Flynn
Georgia Bar No. 313040

*Attorney for Caliber Home Loans, Inc.*