

**IT IS ORDERED as set forth below:**

**Date: November 17, 2021**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| David Escobedo Hidalgo, | CASE NO. 21-54552-BEM |
| Debtor. | |
| | CHAPTER 7 |
| S. Gregory Hays, Chapter 7 Trustee for the Estate of David Escobedo Hidalgo, | |
| Plaintiff, | |
| | ADVERSARY PROCEEDING NO. |
| v. | 21-05098-BEM |
| Caliber Home Loans and Freedom Mortgage Corporation, | |
| Defendants. | |

**ORDER AND NOTICE OF RULE 26(f) CONFERENCE**

IT IS ORDERED and NOTICE IS HEREBY GIVEN that the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and BLR 7016-1 and shall file with the Court on or before **December 20, 2021**, a written report that sets forth the following information:

      **1.** Initial Disclosures. (Include one or more of the following, modified as appropriate.)

      [ ]    The parties have made the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

      [ ]    The parties agree to exchange written and verified initial disclosures.

      [ ]    The parties have agreed not to make initial disclosures and to waive the requirements of Fed. R. Civ. P. 26(a)(1) with regard to same.

      **2.** Discovery Plan. The parties jointly propose to the Court that discovery shall be completed by _____, subject to modification by the Court with the consent of the parties or for good cause shown.

      **3.** Other Items.

      (a) The parties shall submit a consolidated pretrial order no later than _____. *See* BLR 7016-2.

      (b) Unless further ordered by the Court, Plaintiff will be allowed until _____ to file motions to join additional parties and until _____ to file motions to amend the pleadings.

      (c) Unless further ordered by the Court, Defendant will be allowed until _____ to file motions to join additional parties and until _____ to file motions to amend the pleadings.

      (d) All dispositive motions, including motions for summary judgment, will be filed by _____.

      **4.** Settlement Potential.

      (a) The parties [ ] have [ ] have not discussed settlement.

      (b) The parties [ ] do [ ] do not intend to hold additional settlement conferences among themselves prior to the close of discovery. The proposed date of the next settlement conference is _____.

      (c) The parties [ ] have [ ] have not considered alternative dispute resolution.

(d) Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures [check applicable boxes]: [ ] mediation; [ ] judicial settlement conference; [ ] early neutral evaluation; [ ] other.

**5.** Identify any other matters regarding this Court's authority or jurisdiction, discovery, or case management that may require the Court's attention (e.g., concerns about confidentiality; the need for protective orders; unmovable scheduling conflicts). If this is not a core proceeding, do the parties consent to this Court entering a final judgment on any non-core matters in the proceeding?[1]

**6.** Any other matters not covered above.

**7.** Whether the parties [ ] do [ ] do not request a conference with the Court prior to entry of the scheduling order. Any such conference may be [ ] by telephone [ ] in court.

**8.** Failure to timely file the required written report shall mean that this proceeding shall be governed by BLR 7016-1(b)(2), including that discovery must be completed within 90 days after the later of the appearance of the first defendant by answer or motion.

**END OF ORDER**

---

[1] If this is not a core proceeding or if this proceeding contains non-core claims, and if no Report is filed or if this question is not answered in the Report, one or more of the parties must file a separate, written statement indicating any objection to this Court entering a final judgment in this matter if any of the parties do, in fact, have such an objection. The failure to raise such an objection could result in this Court concluding that the parties have knowingly and voluntarily consented to this Court entering a final judgment on any non-core matters in this proceeding.

**Distribution List**

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363

Elizabeth Campbell
Locke Lord LLP
Terminus 200, Suite 1200
3333 Piedmont Road, NE
Atlanta, GA 30305

Steven J. Flynn
Locke Lord LLP
Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305

J. Kelsey Grodzicki
Winter Capriola Zenner, LLC
One Ameris Center, Suite 800
3490 Piedmont Road NE
Atlanta, GA 30305

Tania R. Tuttle
McLain & Merritt PC
11625 Rainwater Drive, Ste 125
Alpharetta, GA 30009

4