IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE |
| DAVID ESCOBEDO HIDALGO, | NO. 21-54552-BEM |
| Debtor. | Chapter 7 Proceeding |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of DAVID ESCOBEDO HIDALGO, | |
| Plaintiff, | ADVERSARY PROCEEDING |
| v. | ADV. PRO. NO. 21-5098-BEM |
| CALIBER HOME LOANS, INC. and FREEDOM MORTGAGE CORPORATION, | |
| Defendants. | |

## **REPORT OF RULE 26(F) CONFERENCE**

COMES NOW, S. GREGORY HAYS, Chapter 7 Trustee for the Estate of David Escobedo Hidalgo, Freedom Mortgage Corporation, and Caliber Home Loans, Inc. (hereinafter, collectively, the "Parties"), by and through their undersigned counsel, and hereby files their Report of Rule 26(f) Conference:

101292605v.1

1. The Parties have agreed not to make initial disclosures and to waive the requirements of Fed. R. Civ. P. 26(a)(1) with regard to the same.

2. The Parties jointly propose that discovery shall be completed by June 20, 2022.

3. Other Items.

   a. The Parties shall submit a consolidated pretrial order no later than forty-five (45) days from the later of the close of Discovery or a final ruling on a dispositive motion.

   b. Unless further ordered by the Court, Plaintiff will be allowed to file motions to join additional parties and/or to file motions to amend the pleadings in accordance with the Federal Rules of Civil Procedure.

   c. Unless further ordered by the Court, Defendants will be allowed to file motions to join additional parties and/or to file motions to amend the pleadings in accordance with the Federal Rules of Civil Procedure.

   d. Dispositive motions will be filed within forty-five (45) days of the close of Discovery.

4. The Parties have, and will continue to, discussed settlement and alternative dispute resolution. The Parties jointly agreed that mediation might be beneficial to reach a resolution in this matter.

5. There are no other matters that require the Court's attention.

6. There are no other matters that require the Court's attention.

7. The Parties do not request a conference with the Court prior to the entry of the scheduling order.

This 20th day of December, 2021.

ARNALL GOLDEN GREGORY LLP
Attorneys for Trustee

*/s/ Michael J. Bargar*
*With Express Permission*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-8500

101292605v.1

MCLAIN & MERRITT, PC

By: /s/ Tania R. Tuttle
Tania R. Tuttle
Georgia Bar No. 720348
Sarah C. Monico
Georgia Bar No. 582691
Counsel for Defendant Freedom Mortgage Corporation

11625 Rainwater Drive, Ste. 125
Alpharetta, Georgia 30009
Phone: (770) 200-7000
ttuttle@mmatllaw.com
smonico@mmatllaw.com

LOCKE LORD, LLP

By: /s/ Steven Flynn
Elizabeth J. Campbell
Georgia Bar No. 349249
Steven Flynn
Georgia Bar No. 313040
Counsel for Defendant Caliber Home Loans, Inc.

3333 Piedmont Road NE
Terminus 200, Suite 1200
Atlanta, Georgia 30305
Phone: (404) 870-4600
Fax:  (404) 872-5547
ecampbell@lockelord.com
steven.flynn@lockelord.com